UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DONNA M. GOFFRON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 11 C 2114 |
| | ) | |
| v. | ) | Magistrate Judge Denlow |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

## COMMISSIONER'S MOTION TO AFFIRM THE COMMISSIONER'S DECISION

Defendant, Michael J. Astrue, Commissioner of Social Security, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves pursuant to 42 U.S.C. § 405(g), for judgment to be entered affirming the Commissioner's decision.

A memorandum in support is filed with this motion.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Eric S. Pruitt
    ERIC S. PRUITT
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois  60604
    (312) 353-5496
    eric.pruitt@usdoj.gov